```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     MSC MEDITERRANEAN SHIPPING COMPANY, S.A.

                         Plaintiff(s)

       -vs-                                    05-CV-6720T

     PHILIPPA DWORKIN d/b/a CAB Express, CAB
     Express, Inc., CAB Worldwide, CAB Express
     Transport

                         Defendant(s)
_____
```

The plaintiff having electronically filed a Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(i) on March 13, 2006, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.

SO ORDERED.

                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated: March 14, 2006